FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

Mario Stevens CDC#J-36238
(Petitioner)

A. Hegdepeth, et al.,
(Respondent[s])

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

'07 CV 2398 W NLS

I, Mario Stevens, declare that I am the petitioner in the above-entitled case; in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes ___ No X

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

several years ago

2. Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ___ No X
b. Rent payments, interest or dividends? Yes ___ No X
c. Pensions, annuities or life insurance payments? Yes ___ No X
d. Gifts or inheritances? Yes ___ No X
e. Any other sources? Yes ___ No X

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account? Yes ___ No X
(Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned. N/A

PERSON IN STATE CUSTODY

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary househol furnishings and clothing)? Yes_____ No x

If the answer is yes, describe the property and state its approximate value. N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how mu you contribute toward their support. N/A

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 11-28-07
(Date)

Mario Stevens
Signature of Petitioner

CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 0 - on account to his credit a Kern Valley State Prison institution where he is confined. I fu certify that Petitioner likewise has the following securities to his credit according to the records said instit

n/a

DATED 12/5/07

[signature]
Authorized Officer of Institution

Acct Tech
Title of Officer

... BY A PERSON IN STATE CUSTODY

REPORT ID: T93030 .701 REPORT DATE: 12/05/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
R.J.DONOVAN CORR. FACILITY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 05, 2007

ACCOUNT NUMBER : J36238 BED/CELL NUMBER:
ACCOUNT NAME : STEVENS, MARIO ACCOUNT TYPE: T
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/01/2007 | | BEGINNING BALANCE | | | | | 0.56 |
| 06/06 | W534 | MEDICAL CHARG | 5218/BRACE | | | 0.56 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.56 | 0.00 | 0.56 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: ____________

00001000

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
KERN VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 05, 2007

ACCOUNT NUMBER : J36238 BED/CELL NUMBER: FCB300000000118L
ACCOUNT NAME : STEVENS, MARIO ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

BY _______________
TRUST OFFICE