# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 4, 2008

Office of the Clerk
Eastern District of California
4-200 Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814-7300

Re: Stevens vs. Hedgepeth, et al. , Case No. 07cv2398 W (NLS)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:s/ A. Everill__________
A. Everill, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF ______________________
AND ASSIGNED CASE NUMBER _________________

CLERK, U.S. DISTRICT COURT

By: _______________________________, Deputy